No. D-2192. IN RE DISBARMENT OF HINSON. Hillord Hensley Hinson, of Houston, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-2193. IN RE DISBARMENT OF MOORE. Fred Henderson Moore, of Charleston, S. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-2194. IN RE DISBARMENT OF ALBANESE. Joseph P. Albanese, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-2195. IN RE DISBARMENT OF VOGEL. Peter F. Vogel, of Hackensack, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 99-603. LEGAL SERVICES CORPORATION v. VELAZQUEZ ET AL.; and

No. 99-960. UNITED STATES v. VELAZQUEZ ET AL. C. A. 2d Cir. [Certiorari granted, 529 U. S. 1052.] Motion of the Solicitor General for divided argument granted.

No. 99-901. BRENTWOOD ACADEMY v. TENNESSEE SECONDARY SCHOOL ATHLETIC ASSN. ET AL. C. A. 6th Cir. [Certiorari granted, 528 U. S. 1153.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 99-1038. EASTERN ASSOCIATED COAL CORP. v. UNITED MINE WORKERS OF AMERICA, DISTRICT 17, ET AL. C. A. 4th Cir. [Certiorari granted, 529 U. S. 1017.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.